The Honorable Ronald B. Leighton

09-CV-05609-ORD

FILED ___ LODGED
___ RECEIVED
DEC 28 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MASON COUNTY FOREST PRODUCTS, LLC,<br><br>Defendant. | No. CV-09-5609 RBL<br><br>[~~PROPOSED~~]<br>ORDER ON MOTION TO INTERVENE<br><br>Note for Motion Calendar:<br>December 11, 2009 |

THIS MATTER, having come on regularly for hearing before the undersigned Judge of the above-entitled Court on the Motion to Intervene brought by proposed Plaintiff-Intervenors and having considered,

1. Motion to Intervene;

2. Declaration of Scott C. G. Blankenship in Support of Motion to Intervene;

3. [Proposed] Order Granting Motion to Intervene;

4. Defendant's Response to Motion to Intervene

5. [Proposed] Order on Motion to Intervene

6.     ; and

7. Files and pleadings herein.

ORDER ON MOTION TO INTERVENE - 1
(C09-5609-RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

143430 lbda

1     THE COURT HEREBY ORDERS, ADJUDGES and DECREES that

2     1.     Deborah Berntsen's and Lorrie Haskins's Motion to Intervene is hereby GRANTED;

    2.     Plaintiff-Intervenors Deborah Berntsen and Lorrie Haskins shall file their Complaint for Damages within ten (10) days of this Order;

    3.     Defendant shall file its Answers within ten (10) days of service of the Complaint for Damages, per Fed. R. Civ. Pro. 15(a)(3);

    4.     Deborah Berntsen's and Lorrie Haskins's request for leave to amend Plaintiff-Intervenors' Complaint for Damages, to include their claims under Title VII of the Civil Rights Act, 29 U.S.C. §§621 *et seq.*, in a subsequent amendment without leave of court, is DENIED. If Plaintiffs seek to file an amended complaint, they must comply with Federal Rule of Civil Procedure 15.

DONE IN OPEN COURT this 28th day of December, 2009.

                                         /s/ Ronald B. Leighton
                                         The Honorable Ronald B. Leighton

Presented by:

JACKSON LEWIS LLP

By  *s/ Laurie L. Johnston*
    Laurie L. Johnston, WSBA # 25927
    Barry Alan Johnsrud, WSBA #21952
    One Union Square
    600 University Street, Suite 2900
    Seattle, WA 98101
    Tel: 206-405-0404
    Fax: 206-405-4450
    E-mail: johnstonl@jacksonlewis.com;
    johnsrudb@jacksonlewis.com
    Attorneys for Defendant

ORDER ON MOTION TO INTERVENE - 2
(C09-5609-RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

143430 lbdn

Approved as to form; Notice of presentation waived.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By _____
   Teri L. Healy
   William Tamayo
   John Stanley, WSBA #15418
   Seattle District Office
   909 First Avenue, Suite 400
   Seattle, WA 98104
   Tel: 206-220-6916
   Fax: 206-220-6911
   E-mail: teri.healy@eeoc.gov
   James L. Lee
   Gwendolyn Y. Reams
   Office of the General Counsel
   131 "M" Street N.E.
   Washington, D.C. 20507
   Attorneys for Plaintiff

THE BLANKENSHIP LAW FIRM, P.S.

By _____
   Scott S. G. Blankenship, WSBA #21431
   Greg Wolk, WSBA #28946
   The Blankenship Law Firm, P.S.
   1201 Third Avenue, Suite 2880
   Seattle, WA 98101
   Tel: 206-343-2700
   Fax: 206-343-2704
   E-mail: sblankenship@blankenshiplawfirm.com
   gwolk@blankenshiplawfirm.com
   Attorneys for Plaintiffs in Intervention Berntsen and Haskins

ORDER ON MOTION TO INTERVENE - 3
(C09-5609-RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

143430 lbda